In the Matter of City of New York, Petitioner, against Benjamin F. Feinberg et al., Individually and Constituting the Public Service Commission of the State of New York, et al., Respondents.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 817.]

In the Matter of Norbury Theatre Corporation, Respondent. Pioneer Engine Company Number One, Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 827.]

(March 20, 1952.)

Loch Sheldrake Associates, Inc., Respondent, v. Gussie Evans, Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 51.]

Theodore L. Holmes et al., Appellants, v. State of New York, Respondent.— Opinion by Foster, P. J.; Heffernan, Brewster, Bergan and Coon, JJ., concur.